IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Parisa G. Lockett (309187), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 C 2047 |
| v. ) | |
| ) | Hon. Sara L. Ellis |
| Ron Hain, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

By order dated May 4, 2023, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* without prejudice and ordered Plaintiff to either submit a properly completed application, including supporting documents, or pay the Court's $402.00 filing fee [3]. At that time, the Court warned Plaintiff that failure to comply by June 16, 2023 would result in summary dismissal of this case. Plaintiff has neither submitted a renewed application for leave to proceed *in forma pauperis* nor paid the Court's filing fee to date. Accordingly, the Court dismisses this case without prejudice for Plaintiff's failure to comply with the Court's order. The Court directs the Clerk of Court to terminate all pending motions as moot. Case closed.

Date:   September 6, 2023                                                  /s/   Sara L. Ellis